# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-00543-LJO-SKO |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT** |
| v. | |
| DANIEL DELGADILLO et al., | (Docket No. 12) |
| Defendants. | |

_____/

On March 26, 2010, Plaintiff filed a complaint against Defendants Daniel Delgadillo and Francisco R. Martin. On June 21, 2010, Plaintiff notified the Court that it had not yet perfected service of the complaint and summons because it was having difficulty locating Defendants for purposes of effecting service of process. The Court reset the scheduling conference in this matter to August 3, 2010. On July 16, 2010, Plaintiff filed an ex parte request that it be given an additional sixty (60) days to serve the complaint, file a motion for service by publication, or file a request for voluntary dismissal.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Within sixty (60) days from the date of this Order Plaintiff either (1) perfect service of the complaint and summons; (2) file a motion for service by publication; or (3) file a request for voluntary dismissal of the case;

1

1    2.    The Scheduling Conference current set for August 3, 2010, is VACATED; and

2    3.    The Scheduling Conference is hereby RESET to October 5, 2010, at 9:45 a.m.

3

4    IT IS SO ORDERED.

5    **Dated:    July 19, 2010**                              **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28