1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

7
8
9   J & J SPORTS PRODUCTIONS, INC.,               CASE NO. 1:10-cv-00543 LJO SKO

10
                        Plaintiff,
11                                                **ORDER TO FILE JOINT
        v.                                        SCHEDULING REPORT OR SHOW
12                                                CAUSE**

13  DANIEL DELGADILLO, et.al.,

14                      Defendants.
15  _____/

16         On March 26, 2010, the Court issued an Order Setting Mandatory Scheduling Conference

17  ("Order").  The Order explicitly instructed the parties as to the preparation of a Joint Scheduling

18  Report to be filed in advance of the scheduling conference:

19
20         A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be
           electronically filed in CM/ECF, one (1) full week prior to the Scheduling
21         Conference, and shall be e-mailed, in WordPerfect or Word format.

22         The scheduling conference is set for October 5, 2010.  The parties have failed to timely file

23  their Joint Scheduling Report.  Accordingly, it is ORDERED that, **no later than September 30,**

24  **2010**, the parties shall file their Joint Scheduling Report or show cause why the Court should not

25  impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

26  IT IS SO ORDERED.

27  **Dated:    September 29, 2010**            _____/s/ Sheila K. Oberto_____
                                               UNITED STATES MAGISTRATE JUDGE
28