IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTS, INC., | CASE NO. CV F 10-0543 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 24.) |
| DANIEL DELGADILLO, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the October 4, 2011 pretrial conference and the November 14, 2011 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   January 5, 2011               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE